IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | Case No. 4:14CV570 |
| § | |
| GRAYSON HOSPITALITY, INC. et al. § | |
| § | |
| Defendants. § | |

**ORDER REFERRING CASE TO MEDIATION**

As stated on the record at the December 16, 2014 hearing, the Court hereby **ORDERS** that this case be submitted to mediation before Judge David Folsom on a date agreed upon by the parties. Judge Folsom's address and telephone number are: Jackson Walker L.L.P., 6004 Summerfield Drive, Texarkana, TX 75503; (903) 255-3250. Having conferred with Judge Folsom regarding his availability, the mediation conference shall be conducted by the following date: **January 15, 2015**. Plaintiff's counsel shall be responsible for communicating with the mediator and opposing counsel to coordinate a date for the mediation.

Within 5 days of completion, Judge Folsom is requested to notify the undersigned as to whether the parties were able to resolve their differences.

**SO ORDERED.**
**SIGNED** this 19th day of December, 2014.

_____
DON D. BUSH
UNITED STATES MAGISTRATE JUDGE