IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| U.S. Bank National Association, § | | |
| *Plaintiff*, § | | |
| § | | |
| v. § | | CASE NO. 4:14-cv-570-DDB |
| § | | |
| Grayson Hospitality, Inc. et al § | | |
| *Defendants.* § | | |

## REPORT OF MEDIATION

The above-captioned case was mediated by David Folsom on Monday, January 12, 2015, between Plaintiff, U.S. Bank National Association, *Successor-in-Interest to Bank of America, National Association, Successor-by-Merger to LaSalle Bank National Association, as Trustee for the Registered Holders of Bear,* and Defendants, Grayson Hospitality, Inc., Texoma Hospitality, Inc., Atoka Hospitality, Inc., KRN Enterprises, Inc., McAlester Hospitality, Inc., and Norman Hospitality, Inc.. The mediation session was unsuccessful.

Signed this 14th day of January 2015.

/s/ David Folsom
David Folsom
TXBN: 07210800
JACKSON WALKER, LLP
6002-B Summerfield Drive
Texarkana, Texas 75503
Telephone: (903) 255-3250
Facsimile: (903) 255-3265
E-mail: dfolsom@jw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on this 14th day of January 2015. As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

/s/ David Folsom
David Folsom